UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Richard Moore**            Docket No. 5:25-CR-171-1D

## Petition for Action on Supervised Release

COMES NOW Danele N. Williams, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Richard Moore, who, upon an earlier plea of guilty to Count 1: Felon in Possession of a Firearm, in violation of 18 U.S.C. § 922(g)(1); and Count 2: Distribute and Possess With Intent to Distribute Cocaine, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C), was sentenced by the Honorable Claire C. Cecchi, United States District Judge for the District of New Jersey, on February 27, 2019, to the custody of the Bureau of Prisons for a term of 87 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Richard Moore was released from custody on April 5, 2024, at which time the term of supervised release commenced in the District of New Jersey. Moore relocated to the Eastern District of North Carolina in September 2024.

A Violation Report was filed in the District of New Jersey on October 1, 2024, advising that on September 10, 2024, Moore submitted a urinalysis test that was confirmed positive for the presence of marijuana.

Transfer of Jurisdiction was accepted in the Eastern District of North Carolina on July 16, 2025, and the case was assigned to the Honorable James C. Dever III.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

After discussions with the defendant and reviewing his criminal history, it is recommended that a Cognitive Behavioral Therapy condition be added to assist him with addressing criminal thinking patterns and avoiding risky behavior in the future.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Richard Moore
Docket No. 5:25-CR-171-1D
Petition For Action
Page 2

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Melissa K. Lunsmann<br>Melissa K. Lunsmann<br>Supervising U.S. Probation Officer | /s/ Danele N. Williams<br>Danele N. Williams<br>U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: 919-861-8807<br>Executed On: December 15, 2025 |

## ORDER OF THE COURT

Considered and ordered this __16__ day of __December__, 2025, and ordered filed and made a part of the records in the above case.

_____
James C. Dever III
United States District Judge